# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____
Postage
$
Total Postage and Fees
$

Postmark
Here

JUL 26 2023

Sent  ELAINE DAVIDSON
Street ELITE CASINO EVENTS, LLC
       1001 ALTAMESA BOULEVARD
City,  FORT WORTH, TX  76134

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7397 4274 0000 0440 2522