# EXHIBIT E





# Franchise Tax Account Status
As of : 09/29/2023 07:07:59

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

### ELITE CASINO EVENTS LLC

| | |
|---|---|
| Texas Taxpayer Number | 32052320242 |
| Mailing Address | PO BOX 6755 FORT WORTH, TX 76115-0755 |
| ❷ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 10/30/2013 |
| Texas SOS File Number | 0801872999 |
| Registered Agent Name | SEAN DAVIDSON |
| Registered Office Street Address | 2205 NORTH HENDERSON AVE DALLAS, TX 75206 |