IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELITE CASINO EVENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01281-LPL |
| v. | ) | |
| | ) | |
| ELITE CASINO EVENTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this _____ day of October, 2023, upon consideration of Elite Casino Events LLC's Motion for Alternative Service of Process Upon Defendant, Elite Casino Events LLC, it is hereby **ORDERED, ADJUDGED AND DECREED**, that said Motion is hereby **GRANTED**. Service is permitted beyond the original 90-day period for an additional 30 days.

Plaintiff may affect service upon Defendant Elite Casino Events LLC via at least one of the following:

1. Defendant's business email (Info@EliteCasinoEvent.com);

2. Regular mail to:

   Elite Casino Events, LLC          Elite Casino Events, LLC
   1001 Altamesa Blvd.               2205 North Henderson Avenue
   Fort Worth, TX  76134             Dallas, TX  75206;

   and/or

3. Posting at the home address of Elaine Davidson, the CEO of Defendant:

   1913 Windmill Hill Lane
   Desoto, TX  75115

BY THE COURT:

_____J.