# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here
JUL 26 2023

Postage
$

Total Postage and Fees
$

Sent *To* ELAINE DAVIDSON
Street ELITE CASINO EVENTS, LLC
       1001 ALTAMESA BOULEVARD
City,  FORT WORTH, TX 76134

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 7397 9274 4223 E000 0740 2222