# EXHIBIT E





# Franchise Tax Account Status
As of : 09/29/2023 07:07:59

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| | |
|---|---|
| **ELITE CASINO EVENTS LLC** | |
| **Texas Taxpayer Number** | 32052320242 |
| **Mailing Address** | PO BOX 6755 FORT WORTH, TX 76115-0755 |
| **❓ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 10/30/2013 |
| **Texas SOS File Number** | 0801872999 |
| **Registered Agent Name** | SEAN DAVIDSON |
| **Registered Office Street Address** | 2205 NORTH HENDERSON AVE DALLAS, TX 75206 |