IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELITE CASINO EVENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01281-LPL |
| v. | ) | |
| | ) | |
| ELITE CASINO EVENTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF SERVICE OF**
**SUMMONS AND COMPLAINT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) | |
| | ) | SS: |
| COUNTY OF ALLEGHENY | ) | |

Before me, the undersigned, deposes and states as follows:

1. I am David G. Oberdick, counsel for the Plaintiff in the above matter.

2. By Order of Court dated October 2, 2023, this Court authorized alternative service of the Summons and Complaint in this matter (the "Order of Court for Alternative Service").

3. On October 4, 2023, a true and correct copy of the summons, complaint, and Order of Court for Alternative Service in the above-captioned matter were served upon Defendant Elite Casino Events, LLC, pursuant to this Court's Order, which authorized alternative service by email at the following address:

Defendant's business email: Info@EliteCasinoEvent.com

A true and correct copy of the email receipt is attached hereto as Exhibit A.

4. On October 4, 2023, a true and correct copy of the summons, complaint, and Court Order for Alternative Service in the above-captioned matter was served upon Defendant

Elite Casino Events, LLC pursuant to this Court's Order, which authorized alternative service by regular mail to Elite Casino Events, LLC, at the following address:

> Elite Casino Events, LLC
> 1001 Altamesa Blvd.
> Fort Worth, TX 76134

A true and correct copy of the time stamped envelope is attached hereto as Exhibit B.

5. On October 5, 2023, a true and correct copy of the summons, complaint, and Court Order for Alternative Service in the above-captioned matter was served upon Defendant Elite Casino Events, LLC pursuant to this Court's Order, which authorized alternative service by regular mail to Elite Casino Events, LLC, at the following address:

> Elite Casino Events, LLC
> 2205 North Henderson Avenue
> Dallas, TX 75206

A true and correct copy of the time stamped envelope is attached hereto as Exhibit C.

6. On October 5, 2023, a true and correct copy of the summons, complaint, and Court Order for Alternative Service in the above-captioned matter were served upon Defendant Elite Casino Events, LLC, pursuant to this Court's Order, which authorized alternative service by personal service upon Elaine Davidson, owner and CEO of Elite Casino Events, LLC, by posting at the following address:

> Elaine Davidson
> 1913 Windmill Hill Lane
> Desoto, TX 75115

A true and correct copy of an Affidavit documenting the service is attached hereto as Exhibit D and a photograph confirming the posting is attached hereto as Exhibit E.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

                                              David G. Oberdick
Pa. I.D. #47648
MEYER, UNKOVIC & SCOTT
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
(412) 456-2800
**Attorney for Plaintiff**

Sworn to and subscribed before
me this 11th day of October 2023.

_____
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Debra Ann Stewart, Notary Public
Allegheny County
My commission expires September 7, 2027
Commission number 1264537
Member, Pennsylvania Association of Notaries
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT** has been served upon the following by regular U.S. Mail:

Elite Casino Events, LLC
1001 Altamesa Blvd.
Fort Worth, TX 76134

Elite Casino Events, LLC
2205 North Henderson Avenue
Dallas, TX 75206;

and via email to Defendant's business email address as follows:

Info@EliteCasinoEvent.com

on this 11th day of October 2023.

David G. Oberdick