# Exhibit A

**Lisa A. Mikula**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@muslaw.com> |
| **To:** | info@elitecasinoevent.com; Jason Ciarochi; Laura Hallmon |
| **Sent:** | Wednesday, October 4, 2023 7:35 PM |
| **Subject:** | Relayed: Elite Casino Events, LLC v. Event Casino Event, LLC |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

info@elitecasinoevent.com (info@elitecasinoevent.com)

Jason Ciarochi (jason@ciarochilaw.com)

Laura Hallmon (lhallmon@canteyhanger.com)

Subject: Elite Casino Events, LLC v. Event Casino Event, LLC