# Exhibit B



Elite Casino Event, LLC
c/o Eleanor Davidson
1001 Altamesa Blvd.
Fort Worth, TX  76134

C SCOTT
AW
uilding
Pittsburgh, PA 15222

Elite Casino Event, LLC
c/o Eleanor Davidson
1001 Altamesa Blvd.
Fort Worth, TX 76134



US POSTAGE AND PITNEY BOWES

$ 013.40

ZIP 15222
02 4W
0000372297 OCT. 04 2023