# Exhibit D

*Handwritten annotations:* ELAINE DAVIDSON AK / ELAINE CLARK GIBSON / CEO - RETURN COPY / completed 05 OCT 2023 1825 hrs

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania ▼

| | |
|---|---|
| ELITE CASINO EVENTS, LLC <br><br> *Plaintiff(s)* <br> v. <br> ELITE CASINO EVENTS, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-1281 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elite Casino Events, LLC
2205 North Henderson Ave.
Dallas, TX 75206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David G. Oberdick
Meyer, Unkovic & Scott, LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

07/14/2023                                  *Katie Hall*

Date                                        Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Elite Casino Events LLC__

was received by me on *(date)* __27 SEPT 2023__.

☒ I personally served the summons on the individual at *(place)* __1913 Windmill Hill Lane Desoto - Dallas County TX 75115__ on *(date)* __05 October 2023__; ✱

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service was completed at 6:25 P.M.-CST by posting a copy of the complaint summons and court order for alternative service on the front door of the home address of Elaine Davidson (CEO of Defendant) at 1913 Windmill Hill Lane Desoto Dallas County Texas as authorized by the court's October 2, 2023 order

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __05 October 2023__

Server's signature

__Roy Wm. Russell   TXPSC #1825   EXP: 31 JAN 2025__
Printed name and title

__N9M Bailey Ave Fort Worth TX 76107__
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELITE CASINO EVENTS, LLC, | ) |
| Plaintiff, | ) Civil Action No. 2:23-cv-01281-LPL |
| v. | ) |
| ELITE CASINO EVENTS, LLC, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, to wit, this 2nd day of October, 2023, upon consideration of Elite Casino Events LLC's Motion for Alternative Service of Process Upon Defendant, Elite Casino Events LLC, it is hereby **ORDERED, ADJUDGED AND DECREED**, that said Motion is hereby **GRANTED**. Service is permitted beyond the original 90-day period for an additional 30 days.

Plaintiff may affect service upon Defendant Elite Casino Events LLC via at least one of the following:

1. Defendant's business email (Info@EliteCasinoEvent.com);

2. Regular mail to:

   Elite Casino Events, LLC           Elite Casino Events, LLC
   1001 Altamesa Blvd.                2205 North Henderson Avenue
   Fort Worth, TX  76134              Dallas, TX  75206;

   and/or

3. Posting at the home address of Elaine Davidson, the CEO of Defendant:

   1913 Windmill Hill Lane
   Desoto, TX  75115

BY THE COURT:

_____ J.

Lisa Pupo Lenihan
U.S. Magistrate Judge