Query    Reports    Utilities    Help    Log Out

LPLNPR,PAT/TRADE

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
### CIVIL DOCKET FOR CASE #: 2:23-cv-01281-DSC

ELITE CASINO EVENTS, LLC v. ELITE CASINO EVENTS, LLC
Assigned to: Judge David S. Cercone
Cause: 15:1051 Trademark Infringement

Date Filed: 07/14/2023
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**ELITE CASINO EVENTS, LLC**            represented by   **David G. Oberdick**
Meyer, Unkovic & Scott LLP
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
412-456-2881
Fax: 412-456-2864
Email: dgo@muslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELITE CASINO EVENTS, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2023 | 1 | COMPLAINT against ELITE CASINO EVENTS, LLC (Filing fee, including Administrative fee, $402, receipt number APAWDC-7784349), filed by ELITE CASINO EVENTS, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (keh) (Entered: 07/14/2023) |
| 07/14/2023 | 2 | Summons Issued as to ELITE CASINO EVENTS, LLC (keh) (Entered: 07/14/2023) |
| 07/14/2023 | 3 | PATENT/TRADEMARK DOCUMENTS ISSUED. (Attachments: # 1 Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Docket Sheet) (keh) (Entered: 07/14/2023) |
| 07/14/2023 |  | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 1 Complaint. ERROR: Party did not file disclosure statement identifying all parent companies, subsidiaries, and affiliates that have issued shares or debt securities to the public as required pursuant to LR 7.1.A. CORRECTION: Attorney advised to file statement within 7 days under Civil > Other Filings > Other Documents > Disclosure Statement (LR 7.1.A and/or FRCvP 7.1(a)(2)). Disclosure Statement due by 7/21/2023. (keh) (Entered: 07/14/2023) |

| 07/17/2023 | 4 | Disclosure Statement identifying None as corporate parent or other affiliate, by ELITE CASINO EVENTS, LLC. (Oberdick, David) (Entered: 07/17/2023) |
|---|---|---|
| 07/25/2023 | 5 | ORDER re Federal Rule of Civil Procedure 12(b) Motions to Dismiss, as more fully stated in said order. Signed by Magistrate Judge Lisa Pupo Lenihan on 07/25/2023. (jmb) (Entered: 07/25/2023) |
| 09/29/2023 | 6 | MOTION re 1 Complaint, filed by ELITE CASINO EVENTS, LLC, 2 Summons Issued *FOR ALTERNATIVE SERVICE ON DEFENDANT ELITE CASINO EVENTS LLC* by ELITE CASINO EVENTS, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order) (Oberdick, David) link added to Errata filed at 7 . Modified text on 10/2/2023. (keh) (Entered: 09/29/2023) |
| 09/29/2023 | 7 | Errata re 6 Motion for ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT by ELITE CASINO EVENTS, LLC. Reason for Correction: Missing Exhibit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Proposed Order) (Oberdick, David) Modified text on 10/2/2023. (keh) (Entered: 09/29/2023) |
| 10/02/2023 | 8 | ORDER GRANTING the 6 Motion for Alternative Service of Process on Defendant. Service is permitted beyond the original 90-day period for an additional 30 days. Plaintiff may affect service upon Defendant Elite Casino Events LLC via at least one of the following: 1. Defendant's business email (Info@EliteCasinoEvent.com); 2. Regular mail to: Elite Casino Events, LLC 1001 Altamesa Blvd. Fort Worth, TX 76134 / Elite Casino Events, LLC 2205 North Henderson Avenue Dallas, TX 75206; and/or 3. Posting at the home address of Elaine Davidson, the CEO of Defendant: 1913 Windmill Hill Lane Desoto, TX 75115. Signed by Magistrate Judge Lisa Pupo Lenihan on 10/02/2023. (jmb) (Entered: 10/02/2023) |
| 10/11/2023 | 9 | AFFIDAVIT re 8 Order on Motion for Alternative Service of Process on Defendant, 7 Errata, 1 Complaint, 2 Summons Issued by ELITE CASINO EVENTS, LLC Affiant: David G. Oberdick. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Oberdick, David) Modified for miscellaneous relief on 10/13/2023. (keh) Document removed from public view and refiled as Summons/Return of Service Returned Executed at 11 . Modified text on 11/1/2023. (keh) (Entered: 10/11/2023) |
| 10/11/2023 | 11 | SUMMONS/Return of Service Returned Executed by ELITE CASINO EVENTS, LLC. ELITE CASINO EVENTS, LLC served on 10/4/2023, answer due 10/25/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (keh) (Entered: 11/01/2023) |
| 10/30/2023 | 10 | REQUEST by ELITE CASINO EVENTS, LLC for entry of DEFAULT against ELITE CASINO EVENTS, LLC . (Oberdick, David) (Entered: 10/30/2023) |
| 11/01/2023 | 12 | CLERK'S ENTRY OF DEFAULT as to ELITE CASINO EVENTS, LLC (keh) (Entered: 11/01/2023) |
| 11/02/2023 | | This case has been reassigned to Judge David S. Cercone pursuant to Administrative Order 2:23-mc-1237. Magistrate Judge Lisa Pupo Lenihan no longer assigned to case. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (sms) (Entered: 11/03/2023) |