## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELITE CASINO EVENTS, LLC,      )
                                     )
                  Plaintiff,       )     Civil Action No. 2:23-cv-01281-LPL
     v.                          )
                                     )
ELITE CASINO EVENTS, LLC,      )
                                     )
                Defendant.   )

## DECLARATION OF DAWN TAKACS

1.     I am Dawn Takacs, and I am an adult over the age of 18 and mentally competent to attest to the truth of the facts in this declaration.

2.     I have personal knowledge of the matters set forth herein. I make this declaration on behalf of Elite Casino Events, LLC ("Plaintiff"), for which I am the President.

3.     In the Brief in Support of Plaintiff's Motion for Default Judgment (the "Brief"), Plaintiff outlines costs that it has incurred in attempting to address and rectify the reputational damage caused by Defendant's continuing trademark confusion. These damages are outlined below. The Brief also explains why the Plaintiff is entitled to enhanced damages because of continuing trademark confusion generated by the Defendant's actions, and these continuing actions and resulting confusion are outlined below.

4.     Plaintiff's Complaint in this matter, at Paragraphs 20(a) – 20(h), outlines numerous instances of confusion and reputational harm that has been directly caused by Defendant's use of "Elite Casino Events" including, but not limited to, the following ways:

        a.     Plaintiff has received numerous service and logistical inquiries, concerns and complaints relating to Defendant's services from 2017 to present, with increasing frequency

in recent years.  In particular, since December 2022, the Plaintiff has received calls, emails, and chats from multiple angry clients of Defendant concerning failures to render contracted products or services, damage to property claims and demands for refunds.

b.     Plaintiff has received almost twenty quote requests/booking requests directed to Defendant's company in, at least, 2017, 2021, 2022, and 2023 – with the frequency increasing in more recent years.

c.     Plaintiff has received phone calls and emails relating to Defendant's services in other respects, including without limitation (i) inquiries from collection agencies and vendors as to payment, (ii) job/employment inquiries, (iii) scheduling/rescheduling requests, (iv) late compensation payments and W2/1099 tax form inquiries from employees, (v) U-Haul rentals, and (vi) customer payments.

d.     On or about December 24, 2022 to Feburary 14, 2023, Plaintiff received multiple communications from several employees and contractors asking and demanding when they would be paid for their services.

e.     On or about December 24 and Deceomber 25, 2022, one of Defendant's employees made contact with Plaintiff demanding documents and back pay believing Plaintiff to be Defendant.

f.     On or about December 3, 2022, Defendant's employee called Plaintiff numerous times asking about his "ride to an event."  Despite informing the employee he had the wrong number, the employee called back twice more to complain and demand to speak with the manager.

g.      Further, in 2017, the Defendant's attorney mistakenly emailed Plaintiff multiple times.  Subsequentely, emails from jason@ciarochilaw.com were mistakenly sent to Plaintiff's email address in 2021 and 2022.

h.      In addition, numerous social media posts critizing Defendant have been directed at Plaintiff, the most recent of these postings relate to services in Maryland – a long way from Texas.

5.      Since filing the Complaint in the instant matter, Defendant has continued to promotes its business throughout the United States by using the same confusing trade name, and resulting confusion has occurred, with continuing damage to Plaintiff's reputation and business, as follows:

d.      On or about October 3, Poker Power mistook Plaintiff as Defendant and messaged Plaintiff about how Poker Power's client had a contract with Defendant and paid, but has received no communication as the event neared.  *See* Exhibit A hereto.

a.      On or about October 4, 2023, the girlfriend of one of Defendant's employee called Plaintiff demanding her boyfriend be paid after being hired by Defendant and never being paid for work.

c.      On or about October 16, 2023, a customer of Defendant posted on Plaintiff's Facebook page, mistaking it for Defendant's business, and outlining various failures by Defendant to provide promised services.  The customer demanded a refund and threatened otherwise to leave negative reviews with the Better Business Bureau.  *See* Exhibit B hereto.

d.      On or about October 30, 2023, Defendant's client called Plaintiff in confusion and complained about Defendant's (not Plaintiff's) failure to deliver products and services contracted for the client's event.  The upset client thought Defendant brokered a deal

with Plaintiff, and Plaintiff had to explain to Defendant's client that Plaintiff and Defendant are separate businesses, and also that Plaintiff was not involved in this failure.

   e. On or about November 7, 2023, another customer of Defendant called Plaintiff, mistaking Plaintiff for Defendant, and expressing concern and frustration that the Defendant was failing to plan for and proper promised services for events booked on November 15 in Boston and on November 16 in New City.

   6. In addition to pursuing legal action against Defendant (and incurring legal fees and costs in this process), Plaintiff has attempted to mitigate the damages caused by the confusion through the following actions and associated costs totaling $10,039.11 through October 2023 (and with these costs continuing because of Defendant's continuing infringement and resulting infringement and harm to Defendant):

   a. Hiring a Receptionist Call Center to screen calls for about $350 per month. In particular, the Plaintiff received the following invoices for the Call Center beginning on August 17. 2022 and running for 16 months through November 16, 2023:

| Invoice No. | Invoice Amount |
| --- | --- |
| INV00453269 | $319.93 |
| INV00463744 | $319.93 |
| INV00474165 | $319.93 |
| INV00484370 | $480.43 |
| INV00494530 | $373.43 |
| INV00504634 | $497.55 |
| INV00514801 | $353.10 |
| INV00524938 | $353.10 |

| | |
|---|---|
| INV00534931 | $353.10 |
| INV00545028 | $353.10 |
| INV00555009 | $246.10 |
| INV00564850 | $246.10 |
| INV00574810 | $246.10 |
| INV00584492 | $246.10 |
| INV00594088 | $357.38 |
| INV00603283 | $246.10 |
| Total: | $5,311.48 |

*See* Exhibit C hereto.

b.      Hiring Chat Service to screen clients for $149 per month for 15 months, for a total of $2,235. *See* Exhibit D hereto.

c.      Hiring a Virtual Assistant compensated at $800 per month for 13 months, who spent 25% of her time involved in duties troubleshooting problems caused by the infringement.  The total through the end of October 2023, at 25% of the total invoices, is $2,492.63. *See* Exhibit E hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 27th day of November, 2023.

*Dawn Takacs*

Dawn Takacs

5

# Exhibit A



← AJ Rudolph ⋯ 

Power and we have been using Elite for some of our events. We normally talk to Jenn, but we hear she is no longer with the company.

We recommended you to a client of ours for an event in Las Vegas on Oct 9th at the Wynn, and neither us nor our client are getting responses now. They've reached out to Jayda multiple times as have we and they are not getting any response. Our client (HLTH) has already paid and has a contract and is concerned if their tables will even show up.

Can you please help us get in touch with someone and confirm that this event will go as planned?

Thank you,

AJ Rudolph
Director, Poker Power



Write a message... 

# Exhibit B



Facebook comments **2**    Instagram comments **2**

Newest ▾

❤👍 5                                                2 💬

👍 Like          💬 Comment          ↪ Share

Write a comment...

**Carey Carista Sisson**
If you can reread the first email break down, I have all
the photos that the professional photographer that I
hired through your company, that prove those items
you say existed were not at my event. I had 6inch
stackable dice on the food tables and prizes but those
were only 6 INCHES and I ordered them from Amazon
(will provide receipt) to match the theme and the 7
foot stackable dice I ordered from your company but

messages

Messenger    Instagram    Disconnected    WhatsApp    New

F Facebook

"When we play together, we b...                    Sep 16
Cathleen Masters, Mamta Patel and ...

Mary Lynn Sinclair Reid                            Sep 16
Can't say enough about how helpful...

What number do you always p...                     Sep 13
Elite Casino Events · Yo 11!!!

🐾 Winning is everything ...                        Sep 10
Christopher S. Clarke, Charlene....

We love to party - how about ...                   Aug 16
StreamlineSeamstress · Love those...

Jody Sauer Grabowski                               Aug 10
Dawn and her whole team at Elite...

 Write a comment



Meta Business Suite

business.facebook.com

Facebook   Instagram   Messenger   Disconnected   WhatsApp   New

sages

'When we play together, we b...
Kathleen Masters, Mamta Patel and ...                Sep 16

Mary Lynn Sinclair Reid
Can't say enough about how helpful...                Sep 16

What number do you always p...
Elite Casino Events - Yo 1!!!!                        Sep 13

Winning is everything ...
Christopher S. Clarke, Charlene ...                   Sep 10

We love to party – how about ...
StreamlineSeamstress - Love those...                 Aug 16

Jody Sauer Grabowski
Dawn and her whole team at Elite...                  Aug 10

---

**Facebook comments** 2      Instagram comments 2

Write a comment...

**Carey Carista Sisson**
If you can reread the first email break down, I have all the photos that the professional photographer that I hired through your company, that prove those items you say existed were not at my event. I had 6inch stackable dice on the food tables and prizes but those were only 6 INCHES and I ordered them from Amazon (will provide receipt) to match the theme and the 7 foot stackable dice I ordered from your company but did not receive. Carey Sisson 972-632-6763

- I still have not received any resolution. Please keep your promise and integrity that you present yourself to have. This has gone on and delayed and ignored long enough. Please do the right thing.

I spent over $10k on this function and I am not asking for anything extra only to refund the money on the items I paid for but we're not provided. I understand you just went under new management and have been more than patient. I don't want to add more negativity to your BBB. I know this isn't the first time this has happened based on the BBB complaints.

I had not other choice but to write here so I can get your attention. Your $1000 credit for my "next" event? You haven't earned my business, yet.

Like   Reply   Hide   **Send message**   9h

Write a reply...

Author
**Elite Casino Events**

Write a comment

# Exhibit C

# INVOICE



| | |
|---|---|
| Invoice Date: | 06/17/2023 |
| Invoice #: | INV00555009 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 06/17/2023 |

Account Information: Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

Billed for service period 05/17/2023-06/16/2023

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 5 Minutes at $0.00 each | $  0.00 |

**Subtotal**: $0.00

Billed for service period 06/17/2023-07/16/2023

| Charge Item | Total |
|---|---|
| Call Ruby - 50 Minute Plan | $ 230.00 |

**Subtotal**: $230.00

| | |
|---|---|
| **Gross Amount:** | **$ 230.00** |
| **Discount:** | **$  0.00** |
| **Subtotal:** | **$ 230.00** |
| **Tax:** | **$  16.10** |
| **Total:** | **$ 246.10** |
| **Invoice Balance:** | **$  0.00** |

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 230.00 | $ 16.10 | $ 246.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 05/18/2023 | CM00032987 | Credit Memo Applied | ($107.00) |
| 06/17/2023 | P-00558018 | Payment | ($139.10) |

# INVOICE



| | |
|---|---|
| Invoice Date: | 07/17/2023 |
| Invoice #: | INV00564850 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 07/17/2023 |

| | |
|---|---|
| Account Information: | Elite Casino Events LLC |
| | 606 Liberty Avenue STE 208 |
| | Pittsburgh |
| | Pennsylvania 15222 |
| | United States |

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 07/17/2023-08/16/2023**

| Charge Item | | Total |
|---|---|---|
| Call Ruby - 50 Minute Plan | | $ 230.00 |
| | Subtotal: | $230.00 |

**Billed for service period 06/17/2023-07/16/2023**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 35 Minutes at $0.00 each | $ 0.00 |
| | Subtotal: | $0.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 230.00** |
| **Discount:** | **$ 0.00** |
| **Subtotal:** | **$ 230.00** |
| **Tax:** | **$ 16.10** |
| **Total:** | **$ 246.10** |
| **Invoice Balance:** | **$ 0.00** |

**Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.**

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 230.00 | $ 16.10 | $ 246.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 07/17/2023 | P-00568682 | Payment | ($246.10) |

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



| | |
|---|---|
| Invoice Date: | 08/17/2023 |
| Invoice #: | INV00574810 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 08/17/2023 |

Account Information:  Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

### Billed for service period 08/17/2023-09/16/2023

| Charge Item | | Total |
|---|---|---|
| Call Ruby - 50 Minute Plan | | $ 230.00 |
| | Subtotal: | $230.00 |

### Billed for service period 07/17/2023-08/16/2023

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 14.5 Minutes at $0.00 each | $  0.00 |
| | Subtotal: | $0.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 230.00** |
| **Discount:** | **$  0.00** |
| **Subtotal:** | **$ 230.00** |
| **Tax:** | **$  16.10** |
| **Total:** | **$ 246.10** |
| **Invoice Balance:** | **$  0.00** |

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 230.00 | $ 16.10 | $ 246.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 08/17/2023 | P-00579573 | Payment | ($246.10) |

# INVOICE



®

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

| | |
|---|---|
| Invoice Date: | 09/17/2023 |
| Invoice #: | INV00584492 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 09/17/2023 |

Account Information:  Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

## Current Charges

Billed for service period 08/17/2023-09/16/2023

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 3.5 Minutes at $0.00 each | $ 0.00 |

Subtotal: $0.00

Billed for service period 09/17/2023-10/16/2023

| Charge Item | Total |
|---|---|
| Call Ruby - 50 Minute Plan | $ 230.00 |

Subtotal: $230.00

| | |
|---|---|
| **Gross Amount:** | **$ 230.00** |
| **Discount:** | **$ 0.00** |
| **Subtotal:** | **$ 230.00** |
| **Tax:** | **$ 16.10** |
| **Total:** | **$ 246.10** |
| **Invoice Balance:** | **$ 0.00** |

**Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.**

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 230.00 | $ 16.10 | $ 246.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 09/17/2023 | P-00590235 | Payment | ($246.10) |

# INVOICE



Please remit payment to:

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

| | |
|---|---|
| Invoice Date: | 10/17/2023 |
| Invoice #: | INV00594088 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 10/17/2023 |

Account Information: Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

## Current Charges

Billed for service period 10/17/2023-11/16/2023

| Charge Item | | Total |
|---|---|---|
| Call Ruby - 50 Minute Plan | | $ 230.00 |
| | Subtotal: | $230.00 |

Billed for service period 09/17/2023-10/16/2023

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 50 Minutes at $0.00 each | $  0.00 |
| Receptionist Minutes -- Overage | 20 Minutes at $5.20 each | $ 104.00 |
| | Subtotal: | $104.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 334.00** |
| **Discount:** | **$  0.00** |
| **Subtotal:** | **$ 334.00** |
| **Tax:** | **$  23.38** |
| **Total:** | **$ 357.38** |
| **Invoice Balance:** | **$ 357.38** |

**Want to make an update?** Give us a call at 866-611-7829 or email staff@ruby.com. For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing. Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 334.00 | $ 23.38 | $ 357.38 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



| | |
|---|---|
| Invoice Date: | 11/17/2023 |
| Invoice #: | INV00603283 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 11/17/2023 |

Account Information: Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

Please remit payment to:

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

Billed for service period 10/17/2023-11/16/2023

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 49.5 Minutes at $0.00 each | $ 0.00 |

Subtotal: $0.00

Billed for service period 11/17/2023-12/16/2023

| Charge Item | | Total |
|---|---|---|
| Call Ruby - 50 Minute Plan | | $ 230.00 |

Subtotal: $230.00

| | |
|---|---|
| Gross Amount: | $ 230.00 |
| Discount: | $ 0.00 |
| Subtotal: | $ 230.00 |
| Tax: | $ 16.10 |
| Total: | $ 246.10 |
| Invoice Balance: | $ 246.10 |

**Want to make an update?** Give us a call at 866-611-7829 or email staff@ruby.com. For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing. Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 230.00 | $ 16.10 | $ 246.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



|  |  |
|---|---|
| Invoice Date: | 08/17/2022 |
| Invoice #: | INV00453269 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 08/17/2022 |

Account Information: Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

Billed for service period 08/17/2022-09/16/2022

| Charge Item | Total |
|---|---|
| Call Ruby - 100 Minute Plan | $ 349.00 |
| Promo Code | -$ 50.00 |
| | **Subtotal:** $299.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 349.00** |
| **Discount:** | **-$ 50.00** |
| **Subtotal:** | **$ 299.00** |
| **Tax:** | **$ 20.93** |
| **Total:** | **$ 319.93** |
| **Invoice Balance:** | **$  0.00** |

**Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.**

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 299.00 | $ 20.93 | $ 319.93 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 08/17/2022 | P-00441835 | Payment | ($319.93) |

# INVOICE



| | |
|---|---|
| Invoice Date: | 09/17/2022 |
| Invoice #: | INV00463744 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 09/17/2022 |

| | |
|---|---|
| Account Information: | Elite Casino Events LLC |
| | 606 Liberty Avenue STE 208 |
| | Pittsburgh |
| | Pennsylvania 15222 |
| | United States |

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 08/17/2022-09/16/2022**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 35 Minutes at $0.00 each | $  0.00 |

Subtotal: $0.00

**Billed for service period 09/17/2022-10/16/2022**

| Charge Item | Total |
|---|---|
| Call Ruby - 100 Minute Plan | $ 349.00 |
| Promo Code | -$  50.00 |

Subtotal: $299.00

| | |
|---|---|
| **Gross Amount:** | **$ 349.00** |
| **Discount:** | **-$  50.00** |
| **Subtotal:** | **$ 299.00** |
| **Tax:** | **$  20.93** |
| **Total:** | **$ 319.93** |
| **Invoice Balance:** | **$  0.00** |

**Want to make an update?** Give us a call at **866-611-7829** or email **staff@ruby.com**. For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at **my.ruby.com** by going to Account>Billing. Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at **ruby.com/terms** and our Privacy Policy at **ruby.com/privacy**.

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 299.00 | $ 20.93 | $ 319.93 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 09/17/2022 | P-00454672 | Payment | ($319.93) |

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



| | |
|---|---|
| Invoice Date: | 10/17/2022 |
| Invoice #: | INV00474165 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 10/17/2022 |

Account Information: Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 10/17/2022-11/16/2022**

| Charge Item | | Total |
|---|---|---|
| Call Ruby - 100 Minute Plan | | $ 349.00 |
| Promo Code | | -$ 50.00 |

Subtotal: $299.00

**Billed for service period 09/17/2022-10/16/2022**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 40 Minutes at $0.00 each | $  0.00 |

Subtotal: $0.00

| | |
|---|---|
| **Gross Amount:** | **$ 349.00** |
| **Discount:** | **-$ 50.00** |
| **Subtotal:** | **$ 299.00** |
| **Tax:** | **$ 20.93** |
| **Total:** | **$ 319.93** |
| **Invoice Balance:** | **$  0.00** |

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 299.00 | $ 20.93 | $ 319.93 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 10/17/2022 | P-00466605 | Payment | ($319.93) |

# INVOICE



| | |
|---|---|
| Invoice Date: | 11/17/2022 |
| Invoice #: | INV00484370 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 11/17/2022 |

Account Information: Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 10/17/2022-11/16/2022**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 47 Minutes at $0.00 each | $  0.00 |
| | **Subtotal:** | $0.00 |

**Billed for service period 11/17/2022-12/16/2022**

| Charge Item | Total |
|---|---|
| Additional Lines | $ 100.00 |
| Call Ruby - 100 Minute Plan | $ 349.00 |
| **Subtotal:** | $449.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 449.00** |
| **Discount:** | **$   0.00** |
| **Subtotal:** | **$ 449.00** |
| **Tax:** | **$  31.43** |
| **Total:** | **$ 480.43** |
| **Invoice Balance:** | **$   0.00** |

**Want to make an update?** Give us a call at 866-611-7829 or email staff@ruby.com. For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing. Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 449.00 | $  31.43 | $ 480.43 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 11/17/2022 | P-00478307 | Payment | ($480.43) |

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



|  |  |
|---|---|
| Invoice Date: | 12/17/2022 |
| Invoice #: | INV00494530 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 12/17/2022 |

Account Information:   Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 12/17/2022-01/16/2023**

| Charge Item | | Total |
|---|---|---|
| Additional Lines | | $ 100.00 |
| Call Ruby - 100 Minute Plan | | $ 349.00 |
| Goodwill Credit | | -$ 100.00 |
| | **Subtotal:** | $349.00 |

**Billed for service period 11/17/2022-12/16/2022**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 50 Minutes at $0.00 each | $ 0.00 |
| | **Subtotal:** | $0.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 449.00** |
| **Discount:** | **-$ 100.00** |
| **Subtotal:** | **$ 349.00** |
| **Tax:** | **$ 24.43** |
| **Total:** | **$ 373.43** |
| **Invoice Balance:** | **$ 0.00** |

**Want to make an update?** Give us a call at 866-611-7829 or email staff@ruby.com. For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing. Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 349.00 | $ 24.43 | $ 373.43 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 12/17/2022 | P-00490046 | Payment | ($373.43) |

# INVOICE



*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

| | |
|---|---|
| Invoice Date: | 01/17/2023 |
| Invoice #: | INV00504634 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 01/17/2023 |

| | |
|---|---|
| Account Information: | Elite Casino Events LLC |
| | 606 Liberty Avenue STE 208 |
| | Pittsburgh |
| | Pennsylvania 15222 |
| | United States |

## Current Charges

Billed for service period 12/17/2022-01/16/2023

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 62 Minutes at $0.00 each | $  0.00 |
| | **Subtotal:** | $0.00 |

Billed for service period 01/17/2023-02/16/2023

| Charge Item | Total |
|---|---|
| Additional Lines | $ 100.00 |
| Call Ruby - 100 Minute Plan | $ 365.00 |
| **Subtotal:** | $465.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 465.00** |
| **Discount:** | **$  0.00** |
| **Subtotal:** | **$ 465.00** |
| **Tax:** | **$  32.55** |
| **Total:** | **$ 497.55** |
| **Invoice Balance:** | **$  0.00** |

**Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.**

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 465.00 | $ 32.55 | $ 497.55 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 01/17/2023 | P-00501768 | Payment | ($497.55) |

# INVOICE



|  |  |
|---|---|
| Invoice Date: | 02/17/2023 |
| Invoice #: | INV00514801 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 02/17/2023 |

Account Information:  Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 02/17/2023-03/16/2023**

| Charge Item | | Total |
|---|---|---|
| Additional Lines | | $ 100.00 |
| Call Ruby - 50 Minute Plan | | $ 230.00 |

**Subtotal:** $330.00

**Billed for service period 01/17/2023-02/16/2023**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 80 Minutes at $0.00 each | $ 0.00 |

**Subtotal:** $0.00

| | |
|---|---|
| **Gross Amount:** | **$ 330.00** |
| **Discount:** | **$ 0.00** |
| **Subtotal:** | **$ 330.00** |
| **Tax:** | **$ 23.10** |
| **Total:** | **$ 353.10** |
| **Invoice Balance:** | **$ 0.00** |

**Want to make an update?** Give us a call at **866-611-7829** or email staff@ruby.com. For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing. Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 330.00 | $ 23.10 | $ 353.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 02/17/2023 | P-00513702 | Payment | ($353.10) |

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



|  |  |
|---|---|
| Invoice Date: | 03/17/2023 |
| Invoice #: | INV00524938 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 03/17/2023 |

| Account Information: | Elite Casino Events LLC |
|---|---|
|  | 606 Liberty Avenue STE 208 |
|  | Pittsburgh |
|  | Pennsylvania 15222 |
|  | United States |

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

### Billed for service period 03/17/2023-04/16/2023

| Charge Item | | Total |
|---|---|---|
| Call Ruby - 50 Minute Plan | | $ 230.00 |
| Additional Lines | | $ 100.00 |
| | Subtotal: | $330.00 |

### Billed for service period 02/17/2023-03/16/2023

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 19.5 Minutes at $0.00 each | $ 0.00 |
| | Subtotal: | $0.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 330.00** |
| **Discount:** | **$ 0.00** |
| **Subtotal:** | **$ 330.00** |
| **Tax:** | **$ 23.10** |
| **Total:** | **$ 353.10** |
| **Invoice Balance:** | **$ 0.00** |

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 330.00 | $ 23.10 | $ 353.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 03/17/2023 | P-00524942 | Payment | ($353.10) |

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



| | |
|---|---|
| Invoice Date: | 04/17/2023 |
| Invoice #: | INV00534931 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 04/17/2023 |

Account Information: Elite Casino Events LLC
606 Liberty Avenue STE 208
Pittsburgh
Pennsylvania 15222
United States

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 03/17/2023-04/16/2023**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 22 Minutes at $0.00 each | $ 0.00 |

Subtotal: $0.00

**Billed for service period 04/17/2023-05/16/2023**

| Charge Item | Total |
|---|---|
| Additional Lines | $ 100.00 |
| Call Ruby - 50 Minute Plan | $ 230.00 |

Subtotal: $330.00

| | |
|---|---|
| **Gross Amount:** | **$ 330.00** |
| **Discount:** | **$ 0.00** |
| **Subtotal:** | **$ 330.00** |
| **Tax:** | **$ 23.10** |
| **Total:** | **$ 353.10** |
| **Invoice Balance:** | **$ 0.00** |

**Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.**

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 330.00 | $ 23.10 | $ 353.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 04/17/2023 | P-00536010 | Payment | ($353.10) |

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# INVOICE



| | |
|---|---|
| Invoice Date: | 05/17/2023 |
| Invoice #: | INV00545028 |
| Payment Terms: | Due Upon Receipt |
| Account Currency: | USD |
| Due Date: | 05/17/2023 |

| | |
|---|---|
| Account Information: | Elite Casino Events LLC |
| | 606 Liberty Avenue STE 208 |
| | Pittsburgh |
| | Pennsylvania 15222 |
| | United States |

*Please remit payment to:*

**Ruby**
805 SW Broadway, Suite 900
Portland, OR 97205
866-611-7829
billing@ruby.com

## Current Charges

**Billed for service period 05/17/2023-06/16/2023**

| Charge Item | | Total |
|---|---|---|
| Additional Lines | | $ 100.00 |
| Call Ruby - 50 Minute Plan | | $ 230.00 |
| | Subtotal: | $330.00 |

**Billed for service period 04/17/2023-05/16/2023**

| Charge Item | | Total |
|---|---|---|
| Receptionist Minutes | 8 Minutes at $0.00 each | $ 0.00 |
| | Subtotal: | $0.00 |

| | |
|---|---|
| **Gross Amount:** | **$ 330.00** |
| **Discount:** | **$  0.00** |
| **Subtotal:** | **$ 330.00** |
| **Tax:** | **$  23.10** |
| **Total:** | **$ 353.10** |
| **Invoice Balance:** | **$  0.00** |

**Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.**

# INVOICE

## SUBSCRIPTION SUMMARY

| Subscription # | Subtotal | Tax | TOTAL |
|---|---|---|---|
| A-S00025004 | $ 330.00 | $ 23.10 | $ 353.10 |

## ASSOCIATED TRANSACTIONS

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 05/17/2023 | P-00547041 | Payment | ($353.10) |

Want to make an update?  Give us a call at 866-611-7829 or email staff@ruby.com.  For receptionist service customers, you may also update your payment information, view your call history, and access your invoice history at my.ruby.com by going to Account>Billing.  Please note: All calls are rounded up in 30 second increments. For additional information, please see our Terms at ruby.com/terms and our Privacy Policy at ruby.com/privacy.

# Exhibit D



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

Invoice
number      : 11ed6c15442a9db0a65cd556053743fd

Issue
date        : 24th Nov 2022

Due date    : 24th Nov 2022

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 24th Nov 2022 - 24th Dec 2022 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



**Invoice**

tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

**Bill To**

Dawn Takacs

**Details**

| | |
|---|---|
| Invoice number | : 11ed83a82a4cbd108ccbbbf19eca4bdb |
| Issue date | : 24th Dec 2022 |
| Due date | : 24th Dec 2022 |

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 24th Dec 2022 - 24th Jan 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**
Dawn Takacs

**Details**

| | |
|---|---|
| Invoice number | : 11ed9c0485f87bd08579210c86676d36 |
| Issue date | : 24th Jan 2023 |
| Due date | : 24th Jan 2023 |

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 24th Jan 2023 - 24th Feb 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



**Invoice**

tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

**Bill To**

Dawn Takacs

**Details**

Invoice
number        : 11edb46066ec3690a6583194eee4fb9f

Issue
date          : 24th Feb 2023

Due date    : 24th Feb 2023

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 24th Feb 2023 - 24th Mar 2023 | USD 149.00 |

**Amount due in USD :**            **USD 149.00**



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

| | |
|---|---|
| Invoice number | : 11edca613fbf3f10a2671d7ede5b981f |
| Issue date | : 24th Mar 2023 |
| Due date | : 24th Mar 2023 |

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 24th Mar 2023 - 24th Apr 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

Invoice number     : 11ede3669019c250ab609de7214d8aaf

Issue date         : 25th Apr 2023

Due date           : 25th Apr 2023

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Apr 2023 - 25th May 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

Invoice number : 11ede3669019c250ab609de7214d8aaf

Issue date : 25th Apr 2023

Due date : 25th Apr 2023

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Apr 2023 - 25th May 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

| | |
|---|---|
| Invoice number | : 11edfb02393a93c0a0f4156e22f41feb |
| Issue date | : 25th May 2023 |
| Due date | : 25th May 2023 |

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th May 2023 - 25th Jun 2023 | USD 149.00 |

**Amount due in USD :** **USD 149.00**



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

| | |
|---|---|
| Invoice number | : 11ee135f313c4b80832c13e011d2ee2a |
| Issue date | : 25th Jun 2023 |
| Due date | : 25th Jun 2023 |

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Jun 2023 - 25th Jul 2023 | USD 149.00 |

**Amount due in USD :**          **USD 149.00**



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

Invoice
number        : 11ee2af19f2856d08ff0658aa6ad61bb
Issue date  : 25th Jul 2023
Due date    : 25th Jul 2023

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Jul 2023 - 25th Aug 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

| | |
|---|---|
| Invoice number | : 11ee434e7fb08910965675ea4349721b |
| Issue date | : 25th Aug 2023 |
| Due date | : 25th Aug 2023 |

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Aug 2023 - 25th Sep 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



**Invoice**

tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

**Bill To**
Dawn Takacs

**Details**

| | |
|---|---|
| Invoice number | : 11ee434e7fb08910965675ea4349721b |
| Issue date | : 25th Aug 2023 |
| Due date | : 25th Aug 2023 |

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Aug 2023 - 25th Sep 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

Invoice number : 11ee434e7fb08910965675ea4349721b

Issue date : 25th Aug 2023

Due date : 25th Aug 2023

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Aug 2023 - 25th Sep 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

# Invoice

**Bill To**

Dawn Takacs

**Details**

Invoice number : 11ee5bab34714dc09e4a61a883338367

Issue date : 25th Sep 2023

Due date : 25th Sep 2023

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Sep 2023 - 25th Oct 2023 | USD 149.00 |
| | | **Amount due in USD :** | **USD 149.00** |



# Invoice

tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

**Bill To**

Dawn Takacs

**Details**

Invoice
number      : 11ee733cf0368180a5bb25e64fcc9e09
Issue date : 25th Oct 2023
Due date   : 25th Oct 2023

| Property | Description | Period | Amount ($) |
|---|---|---|---|
| Elite Casino Events | Live answering | 25th Oct 2023 - 25th Nov 2023 | USD 149.00 |

**Amount due in USD :**   **USD 149.00**



# Invoice

tawk.to inc.
187 E. Warm Springs Rd.
Suite B298, Las Vegas,
Nevada 89119,
United States
Federal Tax ID : 36-4846242

**Bill To**

Dawn Takacs

**Details**

Invoice
number      : 11ed53b0971c57c0a0db45fabe5bcf37
Issue date : 24th Oct 2022
Due date    : 24th Oct 2022

| Property | Description | Period | Amount ($) |
|----------|-------------|--------|------------|
| Elite Casino Events | Live answering | 24th Oct 2022 - 24th Nov 2022 | USD 149.00 |

**Amount due in USD :**   **USD 149.00**

# Exhibit E

| DATE | INVOICE | METHOD | AMOUNT | |
|------|---------|--------|--------|---|
| Nov 20, 2023 | INV-97316 | Visa *1848 | $196.00 | Receipt |
| Nov 13, 2023 | INV-96500 | Visa *1848 | $228.00 | Receipt |
| Nov 6, 2023 | INV-95674 | Visa *1848 | $288.00 | Receipt |
| Oct 30, 2023 | INV-94844 | Visa *1848 | $216.00 | Receipt |
| Oct 23, 2023 | INV-93800 | Visa *1848 | $160.00 | Receipt |
| Oct 16, 2023 | INV-92991 | Visa *1848 | $160.00 | Receipt |
| Oct 10, 2023 | INV-92476 | Visa *1848 | $103.50 | Receipt |
| Oct 9, 2023 | INV-92183 | Visa *1848 | $160.00 | Receipt |
| Oct 2, 2023 | INV-91388 | Visa *1848 | $144.00 | Receipt |
| Sep 25, 2023 | INV-90178 | Visa *1848 | $152.00 | Receipt |
| Sep 18, 2023 | INV-89724 | Visa *1848 | $160.00 | Receipt |
| Sep 11, 2023 | INV-88570 | Visa *1848 | $188.00 | Receipt |
| Sep 4, 2023 | INV-88121 | Visa *1848 | $168.00 | Receipt |
| Aug 28, 2023 | INV-87259 | Visa *1848 | $144.00 | Receipt |
| Aug 21, 2023 | INV-86463 | Visa *1848 | $144.00 | Receipt |
| Aug 14, 2023 | INV-85656 | Visa *1848 | $164.00 | Receipt |
| Aug 7, 2023 | INV-84849 | Visa *1848 | $176.00 | Receipt |
| Jul 31, 2023 | INV-84057 | Visa *1848 | $176.00 | Receipt |
| Jul 30, 2023 | INV-83544 | Visa *1848 | $103.50 | Receipt |
| Jul 24, 2023 | INV-83196 | Visa *1848 | $240.00 | Receipt |
| Jul 17, 2023 | INV-82401 | Visa *1848 | $176.00 | Receipt |
| Jul 10, 2023 | INV-81592 | Visa *1848 | $164.00 | Receipt |
| Jul 3, 2023 | INV-80788 | Visa *1848 | $168.00 | Receipt |
| Jun 26, 2023 | INV-79916 | Visa *1848 | $160.00 | Receipt |
| Jun 19, 2023 | INV-79126 | Visa *1848 | $156.00 | Receipt |
| Jun 12, 2023 | INV-78321 | Visa *1848 | $192.00 | Receipt |
| Jun 5, 2023 | INV-77511 | Visa *1848 | $192.00 | Receipt |
| May 29, 2023 | INV-76673 | Visa *1848 | $168.00 | Receipt |

| Date | Invoice | Card | Amount | |
|------|---------|------|--------|------|
| May 22, 2023 | INV-75887 | Visa *1848 | $184.00 | Receipt |
| May 15, 2023 | INV-75041 | Visa *1848 | $156.00 | Receipt |
| May 12, 2023 | INV-74546 | Visa *1848 | $103.50 | Receipt |
| May 8, 2023 | INV-74226 | Visa *1848 | $132.00 | Receipt |
| May 1, 2023 | INV-73407 | Visa *1848 | $156.00 | Receipt |
| Apr 24, 2023 | INV-72584 | Visa *0191 | $160.00 | Receipt |
| Apr 17, 2023 | INV-71791 | Visa *0191 | $132.00 | Receipt |
| Apr 10, 2023 | INV-70994 | Visa *1334 | $160.00 | Receipt |
| Apr 3, 2023 | INV-70206 | Visa *1334 | $144.00 | Receipt |
| Mar 27, 2023 | INV-69401 | Visa *1334 | $160.00 | Receipt |
| Mar 20, 2023 | INV-68635 | Visa *1334 | $164.00 | Receipt |
| Mar 13, 2023 | INV-67858 | Visa *1334 | $140.00 | Receipt |
| Mar 6, 2023 | INV-67058 | Visa *1334 | $156.00 | Receipt |
| Feb 27, 2023 | INV-66290 | Visa *1334 | $140.00 | Receipt |
| Feb 20, 2023 | INV-65541 | Visa *1334 | $136.00 | Receipt |
| Feb 13, 2023 | INV-64787 | Visa *1334 | $160.00 | Receipt |
| Feb 6, 2023 | INV-63710 | Visa *1334 | $172.00 | Receipt |
| Jan 30, 2023 | INV-63286 | Visa *1334 | $188.00 | Receipt |
| Jan 23, 2023 | INV-62523 | Visa *1334 | $172.00 | Receipt |
| Jan 16, 2023 | INV-61783 | Visa *1334 | $176.00 | Receipt |
| Jan 9, 2023 | INV-61054 | Visa *1334 | $192.00 | Receipt |
| Jan 2, 2023 | INV-60345 | Visa *1334 | $168.00 | Receipt |
| Dec 29, 2022 | INV-59626 | Visa *1334 | $32.00 | Receipt |
| Dec 26, 2022 | INV-59626 | Visa *1334 | $132.00 | Receipt |
| Dec 19, 2022 | INV-58907 | Visa *1334 | $156.00 | Receipt |
| Dec 12, 2022 | INV-57852 | Visa *1334 | $164.00 | Receipt |
| Dec 5, 2022 | INV-57675 | Visa *1334 | $200.00 | Receipt |
| Dec 5, 2022 | INV-57387 | Visa *1334 | $168.00 | Receipt |
| Nov 28, 2022 | INV-56651 | Visa *1334 | $168.00 | Receipt |

| Nov 21, 2022 | INV-55947 | Visa *1334 | | | $168.00 | Receipt |
| Nov 14, 2022 | INV-54927 | Visa *1334 | | | $168.00 | Receipt |
| Nov 7, 2022 | INV-54512 | Visa *1334 | | | $156.00 | Receipt |
| Oct 31, 2022 | INV-53804 | Visa *1334 | | | $160.00 | Receipt |
| | | | | | | |
| Total life to date: | | | | | $9,970.50 | |