IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELITE CASINO EVENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:23-cv-01281-LPL |
| | ) |
| v. | ) |
| | ) |
| ELITE CASINO EVENTS, LLC, | ) ELECTRONICALLY FILED |
| | ) |
| Defendant. | ) |

## ORDER AND ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT, ELITE CASINO EVENTS, LLC

AND NOW, this ___ day of _____, 2023, upon consideration of Plaintiff's Motion for Default Judgment, the Declarations of Dawn Takacs and David G. Oberdick, Esq, and the supporting Brief, and upon further consideration that Defendant, Elite Casino Events, LLC (a Texas limited liability company), has failed to plead or otherwise defend in this action, and default having been entered, IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Plaintiff, Elite Casino Events, LLC (a Pennsylvania limited liability company, and against Defendant, Elite Casino Events, LLC (a Texas limited liability company) in the amount of $42,421.83, plus post-judgment interest any future damages sustained by Plaintiff.

2. Defendant Elite Casino Events, LLC (a Texas limited liability company) is directed to provide an accounting of its profits, *i.e.*, all revenues and expenses on a yearly basis, beginning as of January 1, 2014, and through to the present; and

3. Defendant Elite Casino Events, LLC (a Texas limited liability company) is permanent enjoined from using the trademarks and/or names "Elite Casino Events" and "Elite Casino Event" throughout all of the United States, and, in particular, that:

A. Effective immediately, the current Registrant of Defendant's website, Domains By Proxy, LLC, and/or Defendant, Elite Casino Events, LLC (Texas), must suspend and/or remove all content associated with the domain name "elitecasinoevent.com" and take all steps necessary to thereafter transfer the registration of the domain name "elitecasinoevent.com" to Plaintiff, Elite Casino Events, LLC as the new Registrant, with associated updating of the contact information for this domain name.

B. Effective immediately, Defendant is enjoined permanently from using "Elite Casino Events" or "Elite Casino Event" on any social media platform, and Defendant, Elite Casino Events, LLC (Texas), and/or the hosts of any social media platforms hosting an account associated with Defendant, Elite Casino Events, LLC (Texas) must suspend and/or remove all content associated with each, including, but not limited to the following social media accounts:

   i. https://www.linkedin.com/company/elite-casino-events-llc
   ii. https://twitter.com/CasinoElite
   iii. https://www.facebook.com/TXEliteCasinoEvents
   iv. https://www.instagram.com/EliteCasinoEvents/
   v. https://www.youtube.com/@ElitecasiNoevents

C. Effective immediately, Defendant, Elite Casino Events, LLC (Texas), is enjoined permanently from using the trademarks and/or names Elite Casino Events or Elite Casino Event as a registered business name.

D. Effective immediately, Defendant, Elite Casino Events, LLC (Texas), is enjoined permanently from using the trademarks and/or names Elite Casino Events or Elite Casino Event in any other manner physically, orally or electronically and in connection with any products or services, and Defendant, Elite Casino Events, LLC (Texas), is directed to destroy any goods and merchandise in the possession of and/or being used by Defendant, Elite Casino Events, LLC (Texas), that bear the trademarks and/or names Elite Casino Events or Elite Casino Event.

BY THE COURT:

Dated:_____            _____