IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELITE CASINO EVENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:23-cv-01281-LPL |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ELITE CASINO EVENTS, LLC, | ) ELECTRONICALLY FILED |
| | ) |
| Defendant. | ) |

**MODIFIED ORDER AND ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT, ELITE CASINO EVENTS, LLC**

AND NOW, this 15th day of February, 2024, upon consideration of Plaintiff's Motion for a Modified Default Judgment Order , IT IS HEREBY ORDERED THAT:

1. Section 4(A) of the Court's Order dated November 29, 2023 is amended as follows:

    Effective immediately, Domains By Proxy, LLC, GoDaddy, any other registrar or entity having authority and control over Defendant's website(s), and/or Defendant, Elite Casino Events, LLC (Texas), must (a) suspend and/or remove all content associated with the domain name "elitecasinoevent.com" or any other domain name owned by Defendant and that uses trademarks and/or names ELITE CASINO EVENTS or ELITE CASINO EVENT, whether or not in conjunction with additional verbiage, as well as the websites casinoeventsaustin.com and casinonightdallas.com ("Other Precluded Websites"); and (b) take all steps necessary to thereafter transfer the registration of the domain name "elitecasinoevent.com" and Other Covered Domain Names to Plaintiff, Elite Casino Events, LLC as the new Registrant, with associated updating of the contact information for this domain name.

2. Section 4(B) of the Court's Order dated November 29, 2023 is amended to include the Facebook page: https://www.facebook.com/EliteCasinoEventsTX and the YouTube page: https://www.youtube.com/@elitecasinoevents726/videos - as follows:

    Effective immediately, Defendant is enjoined permanently from using the trademarks and/or names ELITE CASINO EVENTS or ELITE CASINO EVENT, whether or not in conjunction with additional verbiage, on any social media

platform, and Defendant, Elite Casino Events, LLC (Texas), and/or the hosts of any social media platforms hosting an account associated with Defendant, Elite Casino Events, LLC (Texas) must suspend and/or remove all content associated with each account, including, but not limited to, the following social media accounts:

i. https://www.linkedin.com/company/elite-casino-events-llc
ii. https://twitter.com/CasinoElite
iii. https://www.facebook.com/TXEliteCasinoEvents
iv. https://www.instagram.com/EliteCasinoEvents/
v. https://www.youtube.com/@ElitecasiNoevents
vi. https://www.youtube.com/@elitecasinoevents726/videos
vii. https://www.facebook.com/EliteCasinoEventsTX

BY THE COURT:

Dated:   February 15, 2024              s/David Stewart Cercone
                                        David Stewart Cercone
                                        Senior U.S. District Court Judge