IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELITE CASINO EVENTS, LLC**, § | | Civil Action No. 2:23-cv-01281-LPL |
| Plaintiff, § | | |
| § | | |
| v. § | | FILED BY MAIL |
| § | | |
| **ELITE CASINO EVENTS, LLC**, § | | |
| Defendant. § | | |

### CERTIFICATE OF SERVICE OF PROPOSED ORDER:
### Order Granting Defendant Elite Casino Events, LLC's Motion For New Trial

I certify that on March 28, 2024, I filed and served the proposed order to which this certificate of service is attached through the Court's ECF system to David Oberdick at dgo@muslaw.com, as well as this certificate of service.

    */s/ Warren V. Norred*
    Warren V. Norred, TX Bar No. 24045094, warren@norredlaw.com
    NORRED LAW, PLLC; 515 E. Border St.; Arlington, Texas 76010
    P: (817) 704-3984; F: (817) 524-6686