# AFFIDAVIT OF ATTEMPTS

Case No: 2:23-cv-1281

Elite Casino Events, LLC
vs.
Elite Casino Events, LLC

My name is **David Barberena**, I am over the age of 18 years of age. I am authorized to deliver Subpoenas, Citations and other notices within the State of Texas. I am not associated with the parties nor interested in the outcome of this matter. I am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit.

**On September 19, 2023 I received the following Summons and Complaint.**

I was contracted to deliver these documents to Elite Casino Events at 2205 North Henderson Avenue, Dallas, TX 75206.

I was unable to deliver these documents, but the following attempt was made.

**Attempt #1 - 9/20/2023 - 12:25 PM**
I arrived at 2205 North Henderson Avenue in Dallas. This address is just an empty lot.

\* I was given the address of 100 Crescent Court, Ste. 700, Dallas, TX 75201 as the business address for Elite Casino Events.

**Attempt #2 - 9/21/2023 - 10:30 AM**
I arrived at 100 Crescent Court, Ste. 700 in Dallas. This office suite is a shared office space. The receptionist said no one from Elite Casino Events was there. I left my contact info and asked her to have them call me. I never received a phone call.

\* I was given 1913 Windmill Hill Lane, Desoto, TX 75115 as the home address for Elaine Davidson.

**Attempt #3 - 9/23/2023 - 9:15 AM**
I arrived at 1913 Windmill Hill Lane in Desoto. I rang the doorbell multiple times and there was no answer. I left a contact request slip attached to the door and mailbox.

**Attempt #4 - 9/25/2023 - 4:35 PM**
I arrived at 1913 Windmill Hill Lane in Desoto. I rang the doorbell multiple times and there was no answer. The contact request slip that I previously left on the front door was still attached. The contact request slip attached to mailbox had been removed. There was a package addressed to Elaine Davidson hanging out of the mailbox. I left a new contact request slip in the mailbox.

**Attempt #5 - 9/26/2023 - 9:35 AM**
I arrived at 1913 Windmill Hill Lane in Desoto. I rang the doorbell multiple times and there was no answer. The contact request slip that I previously left on the front door was still attached. The contact request slip attached to mailbox had been removed. I left a new contact request attached to the mailbox. There was a package addressed to Elaine Davidson by the front door.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/26/2023

_(signature)_

DAVID BARBERENA
PSC11734
EX. 12-31-24
STATE OF TEXAS
TARRANT COUNTY

My name is David Barberena my date of birth is 4-18-76 and my address is 301 Commerce Street, Fort Worth, TX 76102. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Tarrant County, State of Texas on 9-26-2023

_(signature)_
Declarant